UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
MARCOS SUAREZ,

                Plaintiff,

    -against-

CAROLYN W. COLVIN[1],
Acting Commissioner of Social Security,

                Defendant.
------------------------------X

STIPULATION AND ORDER

Civil Action
CV-14-4135

(Matsumoto, J.)

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff, MARCOS SUAREZ, and counsel for the Defendant, CAROLYN W. COLVIN, the Acting Commissioner of Social Security, that Plaintiff is awarded $2,500.00 (Two Thousand Five Hundred Dollars and No Cents) for attorney's fees and expenses, and $400.00 (Four Hundred Dollars and No Cents) in court costs in full satisfaction of any claim under the EAJA. It is further agreed that payment of fees will be made directly to plaintiff's attorney if plaintiff has agreed to

---

[1] Carolyn W. Colvin, who became the Acting Commissioner of Social Security on February 14, 2013, should be substituted for Michael J. Astrue, Commissioner of Social Security as the defendant in this action. *See* Fed. R. Civ. P. 25(d).

*Suarez v. Carolyn W. Colvin, Acting Commissioner of Social Security, CV-14-4135 (KAM)*
Stipulation and Order Regarding Attorney's Fees

transfer his rights to EAJA fees to his attorney, provided that plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

Dated: Brooklyn, New York
November 10, 2014

HAROLD SKOVRONSKY, ESQ.
*Attorney for Plaintiff*
1810 Avenue N
Brooklyn, New York 11230
(718) 336-8886
lawhs@aol.com

Dated: Brooklyn, New York
November 10, 2014

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
*Attorney for Defendant*
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

By: _____
RACHEL G. BALABAN
Assistant United States Attorney
(718) 254-6028
rachel.balaban@usdoj.gov

SO ORDERED:

s/KAM
_____
HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE